No. 77–6251.  McAllister v. Garrison, Warden.  C. A. 4th Cir.  Certiorari denied.

No. 77–6285.  Allsup v. United States.  C. A. 10th Cir. Certiorari denied.

No. 77–6286.  Levine v. United States.  C. A. 1st Cir. Certiorari denied.

No. 77–6293.  Harris v. United States District Court for the District of Kansas.  C. A. 10th Cir.  Certiorari denied.

No. 77–6388.  Brown et al. v. United States.  C. A. 3d Cir.  Certiorari denied.

No. 77–6393.  Tierney v. United States.  C. A. 3d Cir. Certiorari denied.

No. 77–6451.  Martinez v. United States.  C. A. 5th Cir. Certiorari denied.

No. 77–6494.  Gooden v. Harris County Commissioners Court et al.  C. A. 5th Cir.  Certiorari denied.

No. 77–6497.  Sellars v. Busch et al.  C. A. 9th Cir. Certiorari denied.

No. 77–6514.  Espinoza v. Estelle, Corrections Director.  C. A. 5th Cir.  Certiorari denied.

No. 77–6517.  Wilson v. Armstrong et al.  C. A. 6th Cir.  Certiorari denied.

No. 77–6526.  Jiranek v. Bank of America.  C. A. 9th Cir.  Certiorari denied.

No. 77–6538.  Brown v. New Mexico.  Sup. Ct. N. M. Certiorari denied.